B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| IN RE: ) |  |
| LATASHA ALICIA JAMES ) | CASE NO.  16-06059-jw |
| DEBTOR(S) ) |  |
| ) |  |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, Series 2014-RPL2 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices of transferee should be sent:
Rushmore Loan Management Services, LLC
15480 Laguna Canyon Rd., Suite 100
Irvine, CA 92618
Phone: 888-504-6700
Last Four Digits of Acct #: 7550

Court Claim # (if known):  19
Amount of Claim:  $95,848.15
Date Claim Filed: April 4, 2017

Last Four Digits of Acct#: 6106

Name and Address where transferee payments should be sent (if different from above):
Same as above
Rushmore Loan Management Services, LLC
P.O. Box 514707
Los Angeles, CA 90051-4707
Last Four Digits of Acct #: 7550

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *S/ Travis Menk*                                              Date: November 9, 2017
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000.00 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 & 3571.