**2100 B (12/15**)

# United States Bankruptcy Court

District of South Carolina
Case No. 16-06059-jw
Chapter 13

In re: Debtor(s) (including Name and Address)

Latasha Alicia James
PO Box 291134
Columbia SC 29229

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 12: COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA  98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/21/18

Laura A. Austin
**CLERK OF THE COURT**

United States Bankruptcy Court
District of South Carolina

In re:  
Latasha Alicia James  
       Debtor

Case No. 16-06059-jw  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0420-3     User: mobley    Page 1 of 1    Date Rcvd: Dec 19, 2018  
                     Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
543172163      +E-mail/Text: bncmail@w-legal.com Dec 19 2018 23:05:03      COMENITY CAPITAL BANK,  
         C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132  
                                                                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:  
         Christopher J. Neeson    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust bankruptcy@bbanda.com,   bbanda@ecf.courtdrive.com  
         Eric S Reed    on behalf of Debtor Latasha Alicia James eric.reedlawfirm@gmail.com, reedecf@gmail.com;r45272@notify.bestcase.com  
         Eric S. Reed    on behalf of Debtor Latasha Alicia James eric.reedlawfirm@gmail.com, reedecf@gmail.com  
         Jason D Wyman    on behalf of Creditor    MTGLQ Investors, LP Jason.wyman@rtt-law.com, ecfnotices@rtt-law.com  
         Travis E. Menk    on behalf of Creditor    MTGLQ Investors, LP travis.menk@brockandscott.com, scbkr@brockandscott.com;wbecf@brockandscott.com  
         Travis E. Menk    on behalf of Creditor    Christiana Trust travis.menk@brockandscott.com, scbkr@brockandscott.com;wbecf@brockandscott.com  
         US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov  
         William K. Stephenson, Jr.    admin@columbia13.com  
         William K. Stephenson, Jr.    on behalf of Trustee William K. Stephenson, Jr. admin@columbia13.com  
                                                                                                                                 TOTAL: 9